

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**STEVEN M. SILVERBERG**
*Assistant Corporation Counsel*
Email: ssilverb@law.nyc.gov
Tel.: (212) 788-1336
Fax: (212) 788-9776

July 18, 2012

BY ECF
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sackie Kpofolo v. City of New York, et al.,
11 Civ. 4901 (SJ)(RER)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York ("City"), Eduardo Ochoa and Jackson Cheng assigned to the above-referenced case. Defendants write to advise the Court that the parties have reached an agreement to settle this action. We anticipate filing a Stipulation and Order of Settlement and Discontinuance in short order.

Thank you for your consideration of this application.

Respectfully submitted,

/s/

Steven M. Silverberg
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY ECF
Brett H. Klein, Esq.
Leventhal & Klein, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201